UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| JOANN LOPES | : |
| Plaintiffs, | : CIVIL ACTION NO. 3:01CV518 (DJS) |
| V. | : |
| ZIMMER, INC., | : |
| Defendant. | : DECEMBER 15, 2003 |

*FILED 2003 DEC 15 P 2:38 US DISTRICT COURT HARTFORD CT*

## APPEARANCE

TO:   Clerk
United States District Court
District of Connecticut
450 Main Street, 2nd floor
Hartford, CT  06103

Please enter my appearance in the above entitled action as an additional attorney for the plaintiff.

_____
Robert T. Rimmer
Federal Bar No. ct17238
THE REARDON LAW FIRM, P.C.
160 Hempstead Street
New London, CT  06320
(860) 442-0444

---

THE REARDON LAW FIRM, P.C.
Attorneys at Law
160 Hempstead Street • P.O. Drawer 1430 • New London, CT 06320 • Tel. (860) 442-0444 • Juris No. 102515

## CERTIFICATION

I hereby certify that a copy of the foregoing has been mailed on December 15, 2003, to the following counsel of record:

Francis H. Morrison, III, Esq.
Day, Berry & Howard LLP
CityPlace I
Hartford, CT 06103-3499

Albert J. Dahm, Esq.
Dahm & Elvin, LLP
9604 Coldwater Road, Suite 201
Fort Wayne, IN 46825

                                                                    _____
                                                                    Robert T. Rimmer ct17238

2-